# B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KOR DUO II, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-1575207** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**C/O Kor Realty Group**<br>**421 South Beverly Drive, 7th Floor**<br>**Beverly Hills, CA**                ZIPCODE **90212** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE ||

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. ||

**Estimated Number of Creditors**

| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **KOR DUO II, L.L.C.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attached Schedule 1** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>KOR DUO II, L.L.C. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X /s/ *[signature]*
Signature of Attorney for Debtor(s)

**Charles R. Gibbs 07846300**
**Akin Gump Strauss Hauer & Feld, LLP**
**1700 Pacific Avenue, Suite 4100**
**Dallas, TX 75201**
**(214) 969-2800 Fax: (214) 969-4343**
**cgibbs@akingump.com**

3/16/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ *[signature]*
Signature of Authorized Individual

**Bradford Korzen**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

3/16/11
Date

| B1 (Official Form 1) (4/10) | | Page 3 |
|---|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | | Name of Debtor(s): <br> **KOR DUO II, L.L.C.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Paul N. Heath*
Signature of Attorney for Debtor(s)

Paul N. Heath (DE No. 3704)
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

3/16/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Bradford Korzen**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

## Schedule 1

PENDING BANKRUPTCY CASES FILED BY THE DEBTOR
OR AFFILIATES OF THE DEBTOR

On March 16, 2011, each of the affiliated entities listed below (including the Debtor in this Chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion has been filed or shortly will be filed with the Court requesting that the chapter 11 cases of these entities be jointly administered under the chapter 11 case number assigned to Barnes Bay Development Ltd.

- Kor Duo Investment Partners II, L.P.
- Kor Duo II, L.L.C.
- Barnes Bay Development Ltd.

# WRITTEN CONSENT BY THE
# MANAGING MEMBER OF
# KOR DUO II, LLC

## March 16, 2011

The undersigned, being the Managing Member (the "Managing Member") of Kor Duo II, LLC, a Delaware limited liability company (the "Company"), waiving all requirements of notice, hereby declare that when he has signed this consent or a counterpart hereof, the following resolutions shall then be consented to, approved of, and adopted to the same extent and to have the same force and effect as if adopted at a special meeting of the Company duly called and held for the purpose of acting upon proposals to adopt such resolutions:

> **WHEREAS**, the Managing Member of the Company deems it to be desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code");

> **NOW, THEREFORE, BE IT RESOLVED**, that the general partner of the Company (the "General Partner"), Bradford Korzen ("Korzen") and any other person designated and so authorized by the Korzen to act (the General Partner, Korzen and any other person so designated, an "Authorized Officer"), be and hereby are authorized, directed, and empowered, on behalf of and in the name of the Company, to execute and verify a petition in the name of the Company under the Bankruptcy Code, as well as all other ancillary documents, and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Case") in such form and at such time as the Authorizing Officer executing said petition shall determine;

> **RESOLVED FURTHER**, that the following individuals, who are each designated as an Authorized Officer of the Company, are hereby elected to serve in the office set forth opposite each name effective immediately as of the date first set forth above:

>     Deborah Branch                 Chief Restructuring Officer

> **RESOLVED FURTHER**, that any Authorized Officer, from and after the date hereof, who may act without the joinder of any of the other officers of the Company, be and hereby is authorized, empowered, and directed, in the name and on behalf of the Company, to do all such further acts, including, but not limited to, (i) the negotiation of such additional agreements, amendments, supplements, reports, documents, instruments, applications, notes, or certificates not now known but which may be required, (ii) the negotiation of such changes and additions to any agreements, amendments, supplements, reports, documents, instruments, applications, notes, or certificates currently existing (including, without limitation, any documents related to obtaining third-party consents to the transactions contemplated hereby), (iii) the execution, delivery, and filing (if applicable) of any of the foregoing, and (iv) the payment of all fees, consent payments, taxes, and other expenses as such Authorized Officer shall deem necessary, appropriate,

or advisable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such acts, negotiations, executions, deliveries, filings, and payments to be conclusive evidence that such Authorized Officer, in such capacity, deemed the same to be necessary, appropriate, or advisable, and that such acts, negotiations, executions, deliveries, filings, and payments are hereby authorized and approved;

**RESOLVED FURTHER**, that the Authorized Officers of the Company be and are hereby authorized, directed, and empowered to open any new bank accounts, as needed, to be designated as "Debtor-in-Possession" bank accounts pursuant to the filing of the petition under chapter 11 of the Bankruptcy Code, and to include such signing parties on such accounts, as representatives of the Company, as may be designated from time to time by an Authorized Officer of the Company;

**RESOLVED FURTHER**, that the law firm of Akin Gump Strauss Hauer & Feld LLP be and hereby is employed as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER**, that the law firm of Richards Layton & Finger, P.A. be and hereby is employed as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER**, that the firm of Keithley Lake & Associates be and hereby is employed as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER**, that the firm of Kurtzman Carson Consultants LLC be and hereby is employed as claims, noticing and balloting agent for the Company in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER**, that the Authorized Officers of the Company be and hereby are authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, financial, accounting, investment banking, real estate consulting, and bankruptcy services firms (collectively, the "Professionals") as may be deemed necessary or appropriate by the Authorized Officers of the Company for the Chapter 11 Case;

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by any Authorized Officer of the Company or any of the Professionals to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter or proceeding related thereto, be and hereby are adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

**RESOLVED FURTHER**, that the Company, as a debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, be and hereby is authorized to: (a) borrow funds from, provide guarantees to, and undertake any and all related financing transactions contemplated thereby (collectively, the "Financing Transactions") with such

2

HOUSTON 1016570v.1

lenders and on such terms as may be approved by any one of the Authorized Officers as reasonably necessary for the continuing conduct of affairs of the Company, and (b) pay related fees and grant security interests in and liens on some, all, or substantially all of the assets of the Company, as may be deemed necessary by any one or more of the Authorized Officers of the Company in connection with such borrowings;

**RESOLVED FURTHER**, that (a) the Authorized Officers of the Company be and hereby are authorized and empowered, with full power of delegations, in the name of, and on behalf of, the Company, as a debtor and debtor-in-possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices, and any and all other documents as may be deemed necessary or appropriate to facilitate or consummate the Financing Transactions (collectively, the "Financing Documents"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officers are approved; and (c) the actions of the Authorized Officers taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by such officer and by the Company;

**RESOLVED FURTHER**, that the Authorized Officers of the Company be and hereby are authorized and empowered, with full power of delegations, for and in the name and on behalf of the Company, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions;

**RESOLVED FURTHER**, that any and all actions of any officer or director of the Company taken prior to the date hereof to (i) carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder, and (ii) take any such action to constitute conclusive evidence of the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects; and

**RESOLVED FURTHER**, that the Authorized Officers of the Company be and hereby are authorized, empowered, and directed to do or cause to be done all other things and acts, to execute and deliver or cause to be executed and delivered all other instruments, documents, and certificates and to pay or cause to be paid all costs, fees, and taxes as may be, in their sole judgment, necessary, proper, or advisable in order to carry out and comply with the purposes and intent of the foregoing resolutions; and that all of the acts and deeds of the Authorized Officers and directors of the Company that are consistent with the purposes and intent of such resolutions be and hereby are, in all respects, approved, confirmed, ratified, and adopted as the acts and deeds of the Company.

[Signature page follows]

IN WITNESS WHEREOF, the undersigned has executed this Written Consent by the Managing Member of Kor Duo II, LLC, as of the date above first written.

By: _____
Name: ___Bradford Korzen_____
Title: ___Managing Member_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------x
In re:                               :    Chapter 11
                                     :
Barnes Bay Development, Ltd.,[1]     :    Case No. 11-_____
                                     :
           Debtor.                   :
-------------------------------------x
```

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, as made applicable by Federal Rule of Bankruptcy Procedure 1007(a)(1), 100% of the equity interests in Kor Duo II, LLC, named as a debtor in this case, are owned by Bradford Korzen.

Dated: March 16, 2011

By: _____
Name: _____Bradford Korzen_____
Title: _____Manager_____

---

[1] The Debtors in these cases, along with the last four digits of the employer identification number for each of the Debtors, are Kor Duo Investment Partners II, LP (xx-xxx 9891), Kor Duo II, LLC (xx-xxx5207) and Barnes Bay Development, Ltd. Barnes Bay Development, Ltd., is a company formed under the laws of Anguilla and, accordingly, does not have an employer identification number.

100642486

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
Barnes Bay Development, Ltd., *et al.*[1]           :    Case No. 11-_____
                                                    :
            Debtor.                                 :
---------------------------------------------------------------x

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the list of the creditors holding the 30 largest unsecured claims against the debtors' on a consolidated basis. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007 (m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| SOF-VIII Hotel II Anguilla, 591 W. Putnam Avenue, Greenwich, CT 06830 | SOF-VIII Hotel II Anguilla, 591 W. Putnam Avenue, Greenwich, CT 06830 | Deficiency/Unsecured Debt | | $195,000,000 |
| Exclusive Resorts, 1717 Rhode Island Ave., N.W., Suite 900, Washington, DC 20036 | Exclusive Resorts, 1717 Rhode Island Ave., N.W., Suite 900, Washington, DC 20036 | Residence Purchase Contract | | $7,078,500 |
| World Class Pools, 1875 Century Park East Suite 550, Los Angeles, CA 90067 | World Class Pools, 1875 Century Park East Suite 550, Los Angeles, CA 90067 | Contract | | $5,000,000 |
| David B. Small, 1765 Lake Avenue Ste 1800, Highland Park, IL 60035 | David B. Small, 1765 Lake Avenue Ste 1800, Highland Park, IL 60035 | Residence Purchase Contract | | $3,425,050 |
| Gary L. Tilkin, 618 Kenmoor Ave. SE, Grand Rapids, MI 49546 | Gary L. Tilkin, 618 Kenmoor Ave. SE, Grand Rapids, MI 49546 | Residence Purchase Contract | | $2,580,000 |
| Adam Zoia, 1965 Broadway PH 3C, New York, NY 10023 | Adam Zoia, 1965 Broadway PH 3C, New York, NY 10023 | Residence Purchase Contract | | $2,544,822 |
| Stephen Paluszek, 242 E. 19th Street PHW, New York, NY 10003 | Stephen Paluszek, 242 E. 19th Street PHW, New York, NY 10003 | Residence Purchase Contract | | $2,430,000 |
| Joel Greenberg & Marcy | Joel Greenberg & Marcy | Residence Purchase | | $ 2,070,000 |

---

[1] The Debtors in these cases, along with the last four digits of the employer identification number for each of the Debtors, are Kor Duo Investment Partners II, LP (xx-xxx9891), Kor Duo II, LLC (xx-xxx5207) and Barnes Bay Development, Ltd. Barnes Bay Development, Ltd., is a company formed under the laws of Anguilla and, accordingly, does not have an employer identification number.

# LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
## (continuation sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Gringlas, 727 Merion Square Rd, Gladwyne, PA 19035 | Gringlas, 727 Merion Square Rd, Gladwyne, PA 19035 | Contract | | |
| Royal Butterfly LLC, 40 Worth St., Ste. 1415, New York, NY 10013 | Royal Butterfly LLC, 40 Worth St., Ste. 1415, New York, NY 10013 | Residence Purchase Contract | | $ 1,999,000 |
| RJR Victory LTD, 8130 Indian Hill Rd., Cincinnati, OH 45243 | RJR Victory LTD, 8130 Indian Hill Rd., Cincinnati, OH 45243 | Residence Purchase Contract | | $ 1,998,000 |
| Elliot Eichner and David Sonnenblick, 1901 Avenue of the Stars Suite 175, Los Angeles, CA 90067 | Elliot Eichner and David Sonnenblick, 1901 Avenue of the Stars Suite 175, Los Angeles, CA 90067 | Residence Purchase Contract | | $ 1,878,120 |
| Sozo Anguilla, Inc., 300 E Mcbee Ave #200, Greenville, SC 29601 | Sozo Anguilla, Inc., 300 E Mcbee Ave #200, Greenville, SC 29601 | Residence Purchase Contract | | $ 1,853,775 |
| Carillion Construction (West Indies) Limited, Brickfield Road, Carapachaima, Trinidad, West Indies | Carillion Construction (West Indies) Limited, Brickfield Road, Carapachaima, Trinidad, West Indies | Residence Purchase Contract | | $1,603,686 |
| Viceroy Hotel Group, 1212 South Flower Street, Suite 100, Los Angeles, CA 90015 | Viceroy Hotel Group, 1212 South Flower Street, Suite 100, Los Angeles, CA 90015 | Contract | | $1,547,761 |
| Steven Tuttleman, 145 Hudson Street #401, New York, NY 10013 | Steven Tuttleman, 145 Hudson Street #401, New York, NY 10013 | Residence Purchase Contract | | $ 1,251,000 |
| Gary Black and Florence Black, 19 Baldwin Rd, Saddle River, NJ 07458 | Gary Black and Florence Black, 19 Baldwin Rd, Saddle River, NJ 07458 | Residence Purchase Contract | | $ 1,231,900 |
| Mark Frederickson, 11560 Spur Rd., Monterey, CA 93940 | Mark Frederickson, 11560 Spur Rd., Monterey, CA 93940 | Residence Purchase Contract | | $ 1,012,000 |
| Grant Gibson, 4271 Quail Run Place3, Danville, CA 94506 | Grant Gibson, 4271 Quail Run Place3, Danville, CA 94506 | Residence Purchase Contract | | $ 999,000 |
| Global Futures and Forex, Ltd., 618 Kenmoor Ave. SE, Grand Rapids, MI 49546 | Global Futures and Forex, Ltd., 618 Kenmoor Ave. SE, Grand Rapids, MI 49546 | Residence Purchase Contract | | $ 832,122 |
| David Ott, 2187 Quaethem Drive, Chesterfield, MO 63005 | David Ott, 2187 Quaethem Drive, Chesterfield, MO 63005 | Residence Purchase Contract | | $ 796,500 |
| Leonardo Locascio, C/O Winebow, 75 Chestnut Ridge Rd., Montvale, NJ 07645 | Leonardo Locascio, C/O Winebow, 75 Chestnut Ridge Rd., Montvale, NJ 07645 | Residence Purchase Contract | | $792,000 |
| Zoilo Nieto, 5411 City Place, Edgewater, NJ 07020 | Zoilo Nieto, 5411 City Place, Edgewater, NJ 07020 | Residence Purchase Contract | | $ 740,000 |

In re Barnes Bay Development, Ltd. *et al.*  
       Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
## (continuation sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| George Kalogridis, 4819 Maple Ave., Dallas, TX 75219 | George Kalogridis, 4819 Maple Ave., Dallas, TX 75219 | Residence Purchase Contract | | **$ 658,000** |
| JMC Anguilla, Inc., 302 E. McBee Avenue 2nd floor, Greenville, SC 29603 | JMC Anguilla, Inc., 302 E. McBee Avenue 2nd floor, Greenville, SC 29603 | Residence Purchase Contract | | **$ 629,364** |
| Anthony Graham, 834 S. Broadway, 11th Floor, Los Angeles, CA 90014 | Anthony Graham, 834 S. Broadway, 11th Floor, Los Angeles, CA 90014 | Residence Purchase Contract | | **$ 522,000** |
| 22 Bond Street LLC, 608 Stanford, Houston, TX 77019 | 22 Bond Street LLC, 608 Stanford, Houston, TX 77019 | Residence Purchase Contract | | **$ 500,500** |
| Doug Harmon, 40 W 57th St 22nd floor, New York, NY 10021 | Doug Harmon, 40 W 57th St 22nd floor, New York, NY 10021 | Residence Purchase Contract | | **$ 487,500** |
| Richard C. Afrookteh and Carole Sue Sheain, 312 Cedarcroft Road, Baltimore, MD 21212 | Richard C. Afrookteh and Carole Sue Sheain, 312 Cedarcroft Road, Baltimore, MD 21212 | Residence Purchase Contract | | **$ 459,000** |
| Azure Water, LLC, 362 W. Broadway #4, New York, NY 10013 | Azure Water, LLC, 362 W. Broadway #4, New York, NY 10013 | Residence Purchase Contract | | **$ 455,000** |
| Arthur Marcus and Hilda Shuman, Chestnut Hill, MA 02467 | Arthur Marcus and Hilda Shuman, Chestnut Hill, MA 02467 | Residence Purchase Contract | | **$ 441,000** |
| IMI, 55 Beattie Place, Suite 100, Greenville, SC 29601 | IMI, 55 Beattie Place, Suite 100, Greenville, SC 29601 | Contract | | **Undetermined** |

3

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR A PARTNERSHIP

I, the _____ of each of the debtors in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3/16/11          Signature: _____
                       Name: Bradford Korzen
                       Title: _____

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

*List of Creditors Holding 30 Largest Unsecured Claims*
*Signature Page*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
Barnes Bay Development, Ltd.,[1]                :     Case No. 11-_____
                                                :
                Debtor.                         :
---------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX

  The debtors and debtors in possession (the "Debtors") in the above-captioned case hereby certify under penalty of perjury that the Creditor Matrix submitted herewith, pursuant to Local Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the list of creditors of the Debtors, is complete and to the best of the Debtors' knowledge correct and consistent with Debtors' books and records.

  The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Creditor Matrix have been completed. Therefore, the listing does not and should not be deemed to constitute (i) a waiver of any defense to any listed claims, (ii) an acknowledgement of the allowability of any list claims or (iii) a waiver of any other right or legal position of the Debtors.

Dated: March _16_, 2011

By: _____
Name: _____Bradford Korzen_____
Title: _____

---

[1] The Debtors in these cases, along with the last four digits of the employer identification number for each of the Debtors, are Kor Duo Investment Partners II, LP (xx-xxx _7891_), Kor Duo II, LLC (xx-xxx5207) and Barnes Bay Development, Ltd. Barnes Bay Development, Ltd., is a company formed under the laws of Anguilla and, accordingly, does not have an employer identification number.

DALLAS 2004368v.1